UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARTURO GODINEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>TOP COAT EPOXY & STAINING, LLC AND GUILLERMO VIDAURRI, INDIVIDUALLY,<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § | CA NO. 5:20-cv-875-ESC |

## NOTICE OF SETTLEMENT OF CASE

COME NOW, Plaintiff and , Defendants, and file their Notice of Settlement of Case and would respectfully show the Court as follows:

1. On March 2, 2021, the parties reached a settlement agreement in this case.

2. The parties are in the process of preparing the settlement documents and expect to dismiss this case with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Moreland Verrett, PC
2901 Bee Cave Rd, Box L
Austin, Texas 78746
Phone: (512) 782-0567
Fax: (512) 782-0605
Email: doug@morelandlaw.com

**ATTORNEY FOR PLAINTIFF**

/s/ John W. Hodges, Jr.
John W. Hodges , Jr.
Attorney-in-Charge
State Bar No. 24090167
Hendley & Hodges Law
29710 US Hwy 281 North, Ste 300
Bulverde, TX 78163
(210) 714-0924
Fax: 210-640-3398
Email: john@hhtx.law

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on March 3, 2021.

/s/ Douglas B. Welmaker
Douglas B. Welmaker