IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARTURO GODINEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED; | § § § § § § § § § § § § § | SA-20-CV-00875-ESC |
| *Plaintiff,* | | |
| vs. | | |
| TOP COAT EPOXY & STAINING, LLC, GUILLERMO VIDAURRI, | | |
| *Defendants.* | | |

## CASE CLOSING ORDER

Before the Court in the above-styled cause of action is the parties' Stipulation of Voluntary Dismissal [#23], by which Plaintiff and Defendants stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS THEREFORE ORDERED** that this case is **CLOSED**.

SIGNED this 5th day of April, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE